UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 19-24441-CIV-ALTONAGA/Goodman

C.W., a minor, by and through her
father, natural guardian and next
Friend, F.W.,

    Plaintiffs,

vs.

NCL (BAHAMAS) LTD., a
Bermuda corporation d/b/a
NORWEGIAN CRUISE LINES,

    Defendant.

_____/

## JOINT MOTION FOR TRIAL CONTINUANCE AND ENLARGEMENT OF REMAINING PRE-TRIAL DEADLINES

Plaintiff, C.W., a minor, by and through her father, natural guardian, and next friend, F.W., and Defendant, NCL (BAHAMAS) LTD., d/b/a NORWEGIAN CRUISE LINE (collectively, "the parties"), by and through their respective undersigned counsel and pursuant to the Federal Rules of Civil Procedure and Local Rules of the United States District Court for the Southern District of Florida, hereby respectfully file this Joint Motion for Trial Continuance and Enlargement of Remaining Pre-Trial Deadlines, and in support thereof, state as follows:

1. This is a maritime, personal injury action in which Plaintiff, C.W., a passenger on Defendant's vessel the Norwegian *Pearl*, alleges that she was assaulted by a fellow passenger during a cruise. [D.E. 35].

2. Plaintiff filed a three (3) count Amended Complaint against Defendant on March 13, 2020. [D.E. 35]; Defendant filed a Motion to Dismiss Count III of Plaintiff's Amended Complaint on March 27, 2020 [D.E. 39]; Defendant's Motion to Dismiss is currently pending, with Plaintiff's Response due on or before April 10, 2020.

3. On February 12, 2020, the Court entered an Order Setting Trial and Pre-Trial Schedule, Requiring Mediation, and Referring Certain Matters to Magistrate Judge. [D.E. 18]. Pursuant to this Order, trial in this matter was set during the Court's two-week trial calendar beginning on **January 19, 2021**, with Calendar Call scheduled to take place on **January 12, 2021** (no pre-trial conference unless requested and deemed necessary). Pre-trial deadlines were scheduled as follows:

- **March 2, 2020** – The parties shall select a mediator in accordance with Local Rule 16.2; schedule a time, date and place for mediation; and jointly filed a proposed order scheduling mediation in the form specified on the Court's website, http://www.flsd.uscourts.gov.

- **March 23, 2020** – All motions to amend pleadings or join parties are filed.

- **August 24, 2020** – Parties exchange expert witness summaries or reports.

- **September 8, 2020** – Parties exchange rebuttal expert witness summaries or reports.

- **September 21, 2020** – All discovery, including expert discovery, is completed. The parties by agreement, and/or Magistrate Judge Goodman, may extend this deadline, so long as such extension does not impact any of the other deadlines contained in this Scheduling Order.

- **September 28, 2020** – Parties must have completed mediation and filed a mediation report.

- **October 6, 2020** – All pre-trial motions and *Daubert* motions (which include motions to strike experts) are filed; deadline for submitting a consent to trial and final disposition by Magistrate Judge Goodman.

- **November 3, 2020** – Parties shall file and submit joint pre-trial stipulation, proposed jury instructions and verdict form, or proposed findings of fact and conclusions of law, as applicable, and motions *in limine* (other than *Daubert* motions).

4. To date, the parties have been working diligently to comply with the Court's Scheduling Order and pre-trial deadlines. Each party has propounded initial written discovery; Defendant has served its responses to Plaintiff's initial requests and Plaintiff is in the process of preparing her responses to Defendant's requests. Additionally, the parties have selected a mediator and scheduled a time, date, and place for mediation. [D.E. 30 & 34] and have been working together to schedule various depositions, including those of Plaintiff and Defendant's corporate representative, as well as the medical examination of Plaintiff by Defendant's expert.

5. However, due to recent global events and circumstances, the parties anticipate that their continued ability to adhere to the Court's pre-trial deadlines will be substantially hindered for the foreseeable future.

6. On March 13, 2020, President Donald Trump declared a national emergency to address the Novel Coronavirus Disease (COVID-19) that caused a global pandemic.[1] Before and

---

[1] *See Proclamation on Declaring a National Emergency Concerning the Novel Coronavirus Disease (COVID-19) Outbreak*, THE WHITE HOUSE (March 13, 2020),

following this declaration, governments at every level implemented highly restrictive measures to limit and slow down the transmission of COVID-19. In an effort to mitigate community spread of the virus, local, state, and federal governments have implemented social distancing measures to be carried out in the coming weeks and months. Such measures have included: (a) closing elementary schools and universities; (b) closing restaurants and other businesses; (c) recommending that non-essential travel and social visits be avoided; (d) recommending that older Americans stay at home; and (e) recommending that gatherings of ten or more people be avoided. These necessary measures have affected society and industry in unprecedented ways. Most business sectors, including the cruise industry, have come to an abrupt halt.

7. On March 21, 2020, due to the continued spread of COVID-19, the U.S. District Court for the Southern District of Florida continued all jury trials which were set to begin before April 27, 2020. *See* S.D. Fla. Admin. Order 2020-21 at 1. Further, in the Court's Administrative Order, the Court provides that "[i]ndividual judges may continue trial-specific deadlines in civil cases in the exercise of their discretion."

8. Since the entry of Administrative Order 2020-21, matters have worsened. On March 24, 2020, the City of Miami ordered all residents to shelter in place and remain at home until further notice. All non-essential travel within the City of Miami is prohibited until further notice. *See* Order No. 20-04 Local Emergency Measures Implemented by the City Manager of the City of Miami, Florida.

9. Additionally, the offices of Defendant and those of both Plaintiff's counsel and defense counsel are closed, with all employees working from home. Defendant's vessels are

---

https://www.whitehouse.gov/presidential-actions/proclamation -declaring-national-emergency-concerning-novel-coronavirus-disease-covid-19-outbreak/.

operating under extraordinary circumstances due to the request from the President of the United States to cease all voyages.

10. The aforementioned circumstances are substantially interfering with the personal and professional lives of the parties and their respective undersigned counsel, as is undoubtedly the case for all citizens both domestic and foreign dealing with the COVID-19 outbreak. By way of example, Plaintiff – a citizen and resident of Canada – will be unable to travel to Miami, Florida, for deposition, medical examination by Defendant's expert, and/or mediation for the foreseeable future due to international travel restrictions; Defendant's corporate representative will be unable to effectively prepare for deposition for the foreseeable future due to the essential shutdown of Defendant's daily business operations during the outbreak.

11. In light of the aforementioned circumstances anticipated to substantially hinder the good faith ability of the parties to continue complying with the remaining pre-trial deadlines, the parties respectfully request a sixty (60) day continuance of the currently scheduled trial date and a sixty (60) day enlargement of all remaining pre-trial deadlines.

12. As such, the parties respectfully request that trial in the instant matter be continued until the Court's two-week trial calendar beginning on **March 22, 2021**, with Calendar Call to take place on **March 15, 2021** (no pre-trial conference unless requested and deemed necessary). The parties further respectfully request that the remaining pre-trial deadlines be enlarged as follows:

- **October 26, 2020** – Parties exchange expert witness summaries or reports.
- **November 9, 2020** – Parties exchange rebuttal expert witness summaries or reports.
- **November 23, 2020** – All discovery, including expert discovery, is completed. The parties by agreement, and/or Magistrate Judge Goodman, may extend this deadline,

so long as such extension does not impact any of the other deadlines contained in this Scheduling Order.

- **November 30, 2020** – Parties must have completed mediation and filed a mediation report.

- **December 7, 2020** – All pre-trial motions and *Daubert* motions (which include motions to strike experts) are filed; deadline for submitting a consent to trial and final disposition by Magistrate Judge Goodman.

- **January 4, 2021** – Parties shall file and submit joint pre-trial stipulation, proposed jury instructions and verdict form, or proposed findings of fact and conclusions of law, as applicable, and motions *in limine* (other than *Daubert* motions).

13. Pursuant to Fed. R. Civ. P. 6(b), the Court has the authority to grant the requested relief, for good cause. Undersigned counsel for the parties respectfully submits that good cause exists as set forth above to grant the requested relief and that such request is made in good faith and not for the purposes of undue delay. As noted above, Chief Judge Michael Moore issued an Administrative Order that, among other things, continued all jury trials scheduled to begin before April 27, 2020, and noted that future continuances may be issued. *See* S.D. Fla. Admin. Order 2020-21.

14. A proposed Order granting the instant motion is attached hereto as Exhibit "A."

WHEREFORE, Plaintiff, C.W., a minor, by and through her father, natural guardian, and next friend, F.W., and Defendant, NCL (BAHAMAS) LTD., d/b/a NORWEGIAN CRUISE LINE, jointly and respectfully request that this Honorable Court enter an Order granting a sixty (60) day trial continuance and sixty (60) day enlargement of all remaining pre-trial deadlines in the instant

matter (to coincide with the dates provided in ¶12, herein), and for any and all further relief that this Honorable Court deems just and proper.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)

Undersigned respective counsel for the parties hereby certifies that counsel for the parties have conferred in good faith prior to the filing of the instant motion, that the requested relief is jointly sought, and that the instant motion is jointly filed.

Dated:  March 31, 2020
Miami, Florida

Respectfully submitted,

By: **/s/ *Philip M. Gerson***
PHILIP M. GERSON, ESQ.
Florida Bar No. 127290
pgerson@gslawusa.com
filing@gslawusa.com
cbenedi@gslawusa.com
EDWARD S. SCHWARTZ
Florida Bar No. 346721
eschwartz@gslawusa.com
DAVID MARKEL
Florida Bar No. 78306
dmarkel@gslawusa.com
NICHOLAS I. GERSON
Florida Bar Number No. 0020899
ngerson@gslawusa.com
GERSON & SCHWARTZ, P.A.
1980 Coral Way
Miami, Florida 33145
Telephone:     (305) 371-6000
Facsimile:      (305) 371-5749
*Counsel for Plaintiff*

By: **/s/ *Avi C. Shoham*_____**
AVI C. SHOHAM, ESQ.
Florida Bar No. 1005219
ashoham@fflegal.com
Jeffrey E. Foreman, Esq. (FBN 0240310)
jforeman@fflegal.com
Darren W. Friedman, Esq. (FBN 0146765)
dfriedman@fflegal.com
FOREMAN FRIEDMAN, PA
One Biscayne Tower, Suite 2300
2 South Biscayne Boulevard
Miami, FL 33131
Telephone:305-358-6555
Facsimile: 305-374-9077
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 31st day of March, 2020. I also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

By: /s/ *Avi C. Shoham*_____
Avi C. Shoham, Esq.

## SERVICE LIST
CASE NO.: 19-24441-CIV-ALTONAGA/Goodman

Philip M. Gerson, Esq.
pgerson@gslawusa.com
filing@gslawusa.com
Edward S. Schwartz, Esq.
eschwartz@gslawusa.com
Nicholas I. Gerson, Esq.
ngerson@gslawusa.com
David Markel, Esq.
dmarkel@gslawusa.com
Raul G. Delgado II, Esq.
rdelgado@gslawusa.com
cbenedi@gslawusa.com
GERSON & SCHWARTZ, P.A.
1980 Coral Way
Miami, FL 33145-2624
Tel: 305-371-6000/Fax: 305-371-5749
*Counsel for Plaintiff*

Darren W. Friedman, Esq.
dfriedman@fflegal.com
sargy@fflegal.com
Avi C. Shoham, Esq.
ashoham@fflegal.com
jmaganani@fflegal.com
vmedina@fflegal.com
Jeffrey E. Foreman, Esq.
jforeman@fflegal.com
FOREMAN FRIEDMAN, PA
One Biscayne Tower – Suite #2300
2 South Biscayne Boulevard
Miami, FL 33131
Tel: 305-358-6555/Fax: 305-374-9077
*Counsel for Defendant*