UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-24441-CIV-ALTONAGA/Goodman

**C.W.**, a minor, by and through
her father, natural guardian and
next friend, **F.W.**,

    Plaintiff,

vs.

**NCL (BAHAMAS) LTD.**,

    Defendant.
_____/

## ADMINISTRATIVE ORDER CLOSING CASE

**THIS CAUSE** came before the Court on the Joint Motion for Trial Continuance and Enlargement of Remaining Pre-Trial Deadlines, filed on March 31, 2020 [ECF No. 40]. The parties seek a postponement of all pre-trial deadlines and the trial date stay because of Coronavirus-related travel and meeting restrictions. (*See generally id.*). Given the inability to proceed with the orderly progress of the case due to the uncertainty regarding the duration of the restrictions, and to conserve the parties' and judicial resources, it is

**ORDERED AND ADJUDGED** that the Clerk of the Court is **DIRECTED** to mark this case **CLOSED** for statistical purposes only. All motions are denied as moot. The Court nonetheless retains jurisdiction, and the case shall be restored to the active docket upon court order following motion of the parties (with an accompanying proposed scheduling report) advising they are prepared to proceed with firm — as opposed to what appear to be aspirational — dates for resolution of the case. This Order shall not prejudice the rights of the parties to this litigation.

**DONE AND ORDERED** in Miami, Florida, this 30th day of March, 2020.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record