UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 19-24441-CIV-ALTONAGA/Goodman

C.W., a minor, by and through her
father, natural guardian and next
Friend, F.W.

    Plaintiffs,

vs.

NCL (BAHAMAS) LTD., a
Bermuda Corporation d/b/a
NORWEGIAN CRUISE LINES,

    Defendant.
_____/

## **PLAINTIFF'S UNOPPOSED MOTION TO RE-OPEN CASE**

Plaintiff, C.W., a minor, by and through her father, natural guardian and next Friend, F.W., by and through undersigned counsel, moves to re-open, and files this Unopposed Motion to Re-Open Case and states as follows:

1. This case arises from the alleged sexual assault of Plaintiff on March 14, 2019, during a cruise aboard Defendant's vessel, the Norwegian *Pearl*.

2. That pursuant to this court's Administrative Order Closing Case [ECF No. 41], this case was closed on March 31, 2020, *without prejudice*, stating the parties may move to re-open the case by motion of the parties with an accompanying proposed scheduling report.

3. Attached hereto is the parties' Proposed Joint Scheduling Report, along with Schedule "A," the Proposed Scheduling Order Setting Civil Trial Date and Pretrial Schedule.

**Case No.: 19-CV-22395- ALTONAGA/Goodman**

4. The Plaintiff respectfully request this matter be re-opened.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 6, 2022, I electronically filed the foregoing document with the clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or prose parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF on I n some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

**By: /s/ Philip M. Gerson**
PHILIP M. GERSON, ESQ.
Florida Bar No. 127290
pgerson@gslawusa.com
filing@gslaw.com
**GERSON & SCHWARTZ, P.A.**
1980 Coral Way
Miami, Florida 33145
Telephone:(305) 371-6000
Facsimile:(305) 371-5749
*Attorneys for Plaintiff*

2
GERSON & SCHWARTZ, P.A. • 1980 Coral Way • Miami, Florida 33145-2624
Dade (305) 371-6000 •Broward (954) 845-0535 • Fax (305) 371-5749 •Toll Free (877) 475-2905

www.injuryattorneyfla.com

Case No.: 19-CV-22395- ALTONAGA/Goodman

# SERVICE LIST
**C.W., a minor, by and through her father, natural guardian and next Friend, F.W. v. NCL (BAHAMAS) LTD., a Bermuda corporation d/b/a NORWEGIAN CRUISE LINES**
United States District Court, Southern District of Florida
Case No.: 19-CV-24441- ALTONAGA/Goodman

| | |
|---|---|
| **Philip M. Gerson, Esq.** <br> Florida Bar No. 12790 <br> pgerson@gslawusa.com <br> **Nicholas I. Gerson. Esq.** <br> Florida Bar No. 20899 <br> ngerson@gslawusa.com <br> **Edward S. Schwartz, Esq.** <br> Florida Bar No. 346721 <br> eschwartz@gslawusa.com <br> David L. Markel, Esq. <br> Florida Bar No. 78306 <br> dmarkel@gslawusa.com <br> **Brian M. Andino, Esq.** <br> Florida Bar No. 119847 <br> bandino@gslawusa.com <br> GERSON & SCHWARTZ, P.A. <br> 1980 Coral Way <br> Miami, Florida 33145 <br> Telephone: (305) 371-6000 <br> Facsimile: (305) 371-5749 <br> *Attorneys for Plaintiff* | Darren W. Friedman, Esq. <br> Florida Bar No. 0146765 <br> dfriedman@fflegal.com <br> sargy@fflegal.com <br> lvargas@fflegal.com <br> Avi C. Shoham, Esq. <br> Florida Bar No. 1005219 <br> ashoham@fflegal.com <br> Jeffrey E. Foreman, Esq. <br> Florida Bar No. 0240310 <br> jforeman@fflegal.com <br> kfehr@fflegal.com <br> FOREMAN FRIEDMAN, PA <br> One Biscayne Tower – Suite #2300 <br> 2 South Biscayne Boulevard <br> Miami, FL 33131 <br> Telephone: 305-358-6555 <br> Facsimile: 305-374-9077 <br> Attorneys for Defendant |

3
GERSON & SCHWARTZ, P.A. • 1980 Coral Way • Miami, Florida 33145-2624
Dade (305) 371-6000 •Broward (954) 845-0535 • Fax (305) 371-5749 •Toll Free (877) 475-2905

www.injuryattorneyfla.com